UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. HIGHT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF HOMELAND SECURITY et al., )<br>)<br>Defendants, )<br>)<br>ST. LAWRENCE SEAWAY PILOTS )<br>ASSOCIATION, )<br>)<br>Defendant-Intervenor. )<br>) | Case No. 19-cv-02094 (APM) |

**ORDER**

For the reasons set forth in the court's Memorandum Opinion, ECF No. 77, Plaintiff's Motion for Summary Judgment, ECF No. 59, is granted as to Counts II and III, and Federal Defendants' and the Assocation's Cross-Motions for Summary Judgment, ECF Nos. 64 and 65, are denied as to those counts. Plaintiff's Motion for Leave to File Declaration, ECF No. 58, and the Association's Conditional Cross-Motion to Allow Filing of Response Declaration, ECF No. 63, are denied as moot.

The court remands this matter to the Coast Guard for further proceedings consistent with the accompanying Memorandum Opinion.

Dated: March 18, 2021

Amit P. Mehta
United States District Court Judge